PHILLIP A. TALBERT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE R. CATES, <br><br> Plaintiff, <br><br> v. <br><br> SECRETARY OF VETERANS AFFAIRS, <br><br> Defendants. | CASE NO. 2:23-CV-00563-TLN-KJN <br><br> JUDGMENT QUIETING TITLE |

By stipulation of the parties, it is ordered, judged, and decreed that:

1. Dale R. Cates is the legal and equitable owner of the real property commonly described as 1907 Forest Lane, Vacaville, CA 95687, located in the City of Vacaville, County of Solano, California, and more particularly described as:

> Lot 31, as shown on that certain map entitled "Southwood, Vacaville, California", filed in the office of the Solano County Recorder on July 20, 1966 in Book 23 of Maps, Page 17.
>
> APN: 132-092-170

2. The Secretary of Veterans Affairs has no right, title, estate, lien, or interest whatever in said property, or in any part thereof.

Dated: August 14, 2023

_____
Troy L. Nunley
United States District Judge

JUDGMENT QUIETING TITLE    1